# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>     **Plaintiff,**<br><br>     v.<br><br>J&J PILOT CARS, LLC, et al.,<br><br>     **Defendants.** | Case No. 20-2433-JAR-TJJ |

## ORDER

On March 23, 2021, presiding Magistrate Judge Teresa J. James granted the parties' Stipulated Motion to Stay this case pending the outcome of *Lorenz v. R&H Logistics, Inc., et al.*, case number 2019-CV-000023, that is currently pending in the District Court of Wilson County, Kansas.[1] Judge James directed Plaintiff Penn-Star Insurance Company to file regular status reports about the progress of that underlying state court action and whether a continued stay is appropriate. This case has remained stayed for over two years and Plaintiff has filed regular and timely status reports apprising the Court of the status of the underlying state court action. Most recently, Plaintiff advised that the parties unsuccessfully mediated the underlying state court action.[2] The case has now been set for a four-day jury trial to begin on February 3, 2025.

Given this lengthy timeline, the Court declines to continue the stay until the underlying state court action is complete. Instead, the Court determines that the clerk shall administratively terminate this action without prejudice. The parties may reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a

---

[1] Doc. 41.

[2] Doc. 51.

final determination of the litigation.  If the parties do not move to reopen the case, this order shall constitute the Court's entry of final judgment of dismissal with prejudice pursuant to Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated: <u>November 28, 2023</u>

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE